U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 19 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| WILLIAM MITCHELL | CIVIL ACTION NO. 05-1104-A |
|---|---|
| -vs- | JUDGE DRELL |
| BLAINE EDWARDS, et al. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

The court notices that mail to the plaintiff has been returned by the post office with a stamp affixed which states, "UNABLE TO FORWARD RETURN TO SENDER. MOVED FROM AVC." The plaintiff is required to keep the clerk informed of his current address. He has failed to do so. Thus, this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute. See Federal Rule of Civil Procedure 41(b).

SIGNED on this 31st day of May, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE